UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TYRICE HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF JOSEPH LOMBARDO, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-01022-RFB-EJY<br><br>**ORDER** |

Presently before the Court is Defendant Sheriff Joseph Lombardo's Motion for Screening of Inmate Complaint Pursuant to 28 U.S.C. § 1915A(a) and the Prison Litigation Reform Act (ECF No. 3) and Plaintiff's Motion for Transportation of Inmate for Court Appearance or, in the Alternative, for Appearance by Telephone or Video Conference (ECF No. 8).[1]

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

Additionally, the Court grants Defendant's Motion (ECF No. 3), but defers screening pending Plaintiff's timely filed updated address. The Court denies Plaintiff's Motion (ECF No. 8) as moot, because there is no hearing pending and Plaintiff is no longer incarcerated.

---

[1] The Court has corrected typographical errors in the title of Plaintiff's Motion.

1

Accordingly,

IT IS ORDERED that Plaintiff will file his updated address with the Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely update his address, the Court will dismiss this case without prejudice.

IT IS FURTHER ORDERED that Defendant's Motion for Screening of Inmate Complaint Pursuant to 28 U.S.C. § 1915A(a) and the Prison Litigation Reform Act (ECF No. 3) is GRANTED, but DEFERRED.

IT IS FURTHER ORDERED that Defendant's Motion for Transportation of Inmate for Court Appearance or, in the Alternative, for Appearance by Telephone or Video Conference (ECF No. 8) is DENIED as moot.

DATED THIS 6th day of February, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE